TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00774-CV

Esmeralda Francis, Appellant

v.

Garland E. Francis, Appellee

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 340TH JUDICIAL DISTRICT

NO. C-99-0145-F, HONORABLE BARBARA L. WALTHER, JUDGE PRESIDING 

PER CURIAM

 Appellant Esmeralda Francis has filed a motion to dismiss the appeal. The motion
is granted. Tex. R. App. P. 42.1(a)(2). 

 The appeal is dismissed.

Before Chief Justice Aboussie and Justices Yeakel and Patterson

Appeal Dismissed on Appellant's Motion

Filed: January 11, 2001

Do Not Publish